JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ORANGE, et al., ) | Case No. EDCV 12-01683 VAP |
| ) | (OPx) |
| Plaintiffs, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| WACHOVIA BANK, N.A., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| _____ | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed May 6, 2013 and

Plaintiffs' Notice of Voluntary Dismissal filed May 10,

2013, IT IS ORDERED AND ADJUDGED that Plaintiffs' first

claim for violation of the Real Estate Settlement

Procedures Act is DISMISSED WITH PREJUDICE; and

Plaintiffs' second claim for unjust enrichment is

DISMISSED WITHOUT PREJUDICE.  The Court orders that such

judgment be entered.

Dated: <u>June 19, 2013</u>       _____
                                              VIRGINIA A. PHILLIPS
                                    United States District Judge